[No. 2743–2. Division Two. July 12, 1978.]

PERELCO CO., *Respondent,* v. GORDON BROWN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 66336, James D. Roper, J. Pro Tem., entered January 7, 1977. *Reversed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Andersen, J.

[Nos. 2322–3; 2323–3. Division Three. July 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD CLARK, *Appellant.*

Appeals from a judgment of the Superior Court for Yakima County, No. 19089, Carl L. Loy, J., entered February 18, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff and Roe, JJ.